UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Lamar Andre Williams

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

Kevin Robert Sweeney

James Petrucci

Public Defender Elliot   James

ET AL ¦ Danielle Guari

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:25-cv-259
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

FEB 1 2 2025

PER_____DJ_____
DEPUTY CLERK

COMPLAINT

1. The plaintiff  Lamar A. Williams  a citizen of

the County of  Lackawanna County  State of

Pennsylvania, residing at  1371 N. Washington Ave

wishes to file a complaint under  42 USCS § 1983/1985

(give Title No. etc.)

440 Civil Rights Violation

2. The defendant is Kevin Robert Sweeney ¦ James Petrucci

SPD/LCDAO Danielle Guari ¦ James Elliot esq.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) On 01/09/2025

3. (CONTINUED) while sleeping in my hotel room, (Room 106) at the Baymont Hotel, 1226 Oneill Highway in Dunmore PA, a room that I had rented in my name earlier that day around 2:30 P.M., I heard a knock at my door. Upon answering my door and letting my friend ayana Powell in, I then heard another knock at the door about 3 seconds later. I then went to answer the door, but decided to take a look through the peephole first and noticed two suspicious, unidentified, males - one covering his face and

4. WHEREFORE, plaintiff prays that the United States District Courts, for The middle District of Pennsylvania grants relief to the plaintiff, Lamar A. Williams. The Defendants cause mental incapacity, pain and emotional Distress, pain and suffering.

_____
(Signature of Plaintiff)

Lamar A. Williams
(Printed Name of Plaintiff)

1371 N. Washington Ave.
Scranton PA. 48509
(Address of Plaintiff)

(Phone Number of Plaintiff)

3 (Continued)

trying to disguise who he was, while the other one was standing off to the side. I then asked, "who is it?". And the response I got back in return was, "Can you answer the door? I'd like to talk to you!". Still unaware of who I was speaking to, I asked a second time, "who are you?" He then responded, "Can you just answer the door? I just want to ask you a few question?" At that point, I opened the door, curious of who these two men were, only to be bum-rushed, aggressivly gripped up by the collar of my shirt, an unconstitutionally, drugged out of my personal, occupied, space into the hotel hallway, and was unconstitutionally detained thrown in cuffs, and searched illegally. These government officials did not present any search warrants nor did they have any probable cause because I was sleeping prior to the kidnaping performed by the defendants. I am suffering from anxiety and PTSD due to recklessness performed by negligence and unlawful, unfair and fraudulent practices of the United States Constitution in which the defendants are sworn to uphold and keep.

Lackawanna County Prison
NAME Lamar Williams
BOOKING# 2025-00092
P.O. BOX 247
Phoenix MD 21131

HARRISBURG PA    171

10 FEB 2025   PM 2  L

U.S.M.S

RECEIVED
SCRANTON

FEB 1 2 2025

PER _____
DEPUTY CLERK

Peter J. Welsh
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

18501-114848