# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Lamar A. Williams
(Plaintiff)

CIVIL CASE NO: 3:25-CV-0259

Baymont Hotel /
Wyndam Resorts
et al.

(Defendant(s))

FILED
SCRANTON

MAR 0 5 2025

PER ___ DJ
DEPUTY CLERK

## SUPPLEMENTAL COMPLAINT

1. The plaintiff LAMAR A. Williams, a citizen of the county of Lackawanna County state of Pennsylvania, residing at the Lackawanna County Prison wishes to file a complaint under Civil Rights Violation.

2. The defendant is Baymont Hotels is a corporation incorporated through Wyndam Resorts and their principal place of business location is Parsippany-Troy Hills, New Jersey.

## STATEMENT OF CLAIM

There was no Due Diligence to perform a search warrant of my Domain, especially when I never committed a crime on my Domain. Officer Sweeney and Officer Petrucci, I believe, is in cooperations with bias officers who are breaking the law, my rights, and civil liberties as a United States citizen by Disregarding and violating my privacy and rights as a U.S. citizen of this country. Not only is it my beliefe that the police are in cooperations with this violation of my rights, but I can't help but to believe that the Baymont Hotal — where I was unlawfully arrested — is just as much in violation of my rights and civil liberties as a citizen of this state (Pennsylvania). my addictive behaviors are an issue that I'm not, at all, proud of, but it's a disease I'm currently struggle with and have to face; However, I am a citizen born/naturalize and have certain privileges and immunities as a U.S. citizen.

Therefore, when I purchased the hotel Room, on Jan, 9th, 2025 from the Defendant (Baymont Hotel) and occupied it as my personal Domain, I had certain Rights that should have been honored by said corporations/public accomodations that wasn't met, because the Hotel Didn't Relinquish that at the time that I was Renting from them on Jan, 9th, 2025, when those officers were knocking on my Room Door without announcing who they were at the time. So that makes them co-conspirators of my civil Rights violation; which is perfesional and gross negligence. It is also unfair and fraudulent business practices; infliction causing emotional distress, mental incapacity. The Baymont hotel is liable for these unlawful acts to citizens of the state, because it caused me mental anguish and led me to a pernish pernicious thinking pattern of harming myself which was a mis-carrage of justice that violated my personal privacy in my Domain of my addictive behavior.

4. REQUEST FOR PRELIMINARY INJUNCTION

The Plaintiff, LAMAR A. Williams is also requesting that the United States District Court subpoena video footage of said date (January 9th, 2025) to prove that these unconstitutional violations exist.

5. WHEREFORE, plaintiff LAMAR A. Williams prays that this Honorable Court grants relief that this court Deems, just, and proper

_____      1371 N. Washington Ave.
Signature                     Scranton PA. 18509
LAMAR A. Williams
Printed name

HARRISBURG PA 171

3 MAR 2025 PM 4 L

USA ★ FOREVER

Name: Lawlor A. Williams
Lackawanna County Prison
1371 N Washington Avenue
Scranton PA 18509-2840

RECEIVED
SCRANTON

MAR 05 2025

PER _____
DEPUTY CLERK

MAILED FROM
CORRECTIONAL FACILITY
CONTENTS M

Peter J. Welsh
U.S. Dist. Court
Middle Dist. of PA.
235 N. Washington Ave.
Scranton PA. 18501

18501-5001 SS