RE: Williams V. Sweeney, et al   Civil Action No. 3:25-CV-0259

COMMONWEALTH OF : IN THE COURT OF COMMON PLEAS
PENNSYLVANIA      : OF LACKAWANNA
      VS.         :
Robert K. Sweeney, :
James Petrucci    : CRIMINAL DIVISION
    DEFENDANTS   :

FILED
SCRANTON

MAR 17 2025

PER ___Amo___
DEPUTY CLERK

## CRIMINAL COMPLAINT

January 9th, 2025, I was illegally Detained, placed in handcuffs, and unconstitutionally arrested and kidnaped kidnaped - to hold or carry a person away by unlawful force or by fraud and against ones will. I was arrested/kidnaped by Officers of Scranton Police Dept./LCDAO, Kevin Sweeney and James Petrucci. These claims I make and material facts comes from the fact that I never actively committed a crime that day (1-9-25); nor did I do anything to give off any reasonable suspicion to give these officers a reason to approach my hotel Room Door in the first place. Because you can't see behind a close Door, how could you ever assume probable cause? Due to the negligence, and reckless pursuit of these two officers, who misrepresented and abused their power and authority, not only was my rights, privacy, and civil liberties violated as a citizen of this country (judicial misconduct/harrasment), but

I'm also currently being housed in the Lackawanna County Prison — unlawfully — after being gripped up by the collar of my shirt and dragged out of my hotel room door way by Officer Sweeney. So now, I have no other choice but to fight to prove my innocence right here from the confinments of these prison walls. The only thing I'm guilty of at this point in time is answering my hotel room door that night (1.9.25), then having my rights totally violated. So I'm stating my claim of not only being violated, but of also being victim of harrasment, crule and unusual punishment, ssult, kidnaping and illegal search & seizure. And I'd also like to know who authorized this unlawful arrest? With that being said, I'd like to pursue and execute these criminal charges on Officers Robert C. Sweeney and James Petrucci

I, LAMAR A. WILLIAMS, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL

IFORMATION AND DOCUMENTS DIFFERENTLY THAN
ION-CONFIDENTIAL INFORMATION AND DOCUMENTS.

Lamar A. Williams

Case 3:25-cv-00259-LAL    Document 9    Filed 03/17/25    Page 4 of 4

Name: LAMAR A. WILLIAMS
**Lackawanna County Prison**
1371 N Washington Avenue
Scranton PA 18509-2840

LEHIGH VALLEY PA 180

14 MAR 2025 PM 2 L

Keep Safety In View as We Drive Near You!

★ ★ ★ ★ ★ ★ ★ ★ ★

USPS Vehicle Awareness

★ U S A ★ F O R E V E R ★

Peter J. Welsh
235 N. Washington Ave.
P.O. Box 1148
Scranton PA. 18501-1148

USPS

RECEIVED
SCRANTON

MAR 17 2025

DT
PER _____
DEPUTY CLERK

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

18501-114848