UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LaMar A. Williams
   (Plaintiff)

vs.                Civil Action No: 3:25-CV-0259

Robert K. Sweeney,
James Petrucci,
Baymont Hotel
Wyndam Resorts
et al (Defendant(s))

FILED
SCRANTON
Apr. 1 2025
PER_____
DEPUTY CLERK

## SUPPLEMENTAL COMPLAINT

1. The Plaintiff LaMar A. Williams, a citizen of the County of Lackawanna, State of Pennsylvania, residing at 1371 N. Washington Ave., Scranton Pennsylvania 18509 wishes to attach this Supplemental Complaint to Civil Action No: 3:25-CV-0259 for the grounds for the courts jurisdiction and venue.

2. The Defendant's Baymont Hotels is a corporation incorporated through Wyndam Resorts and principal place of business location is Parsippany-Troy Hills, New Jersey, is a corporation incorporated in this State of Pennsylvania, which makes them

citizens of this state and different state also. The Defendants are Robert K. Sweeney, James Petrucci, Danielle Guari Lackawanna District Attorney. These Defendants are governmental state, county or municipal civil servants, and are U.S. Government employed at 200 N. Washington Ave. Scranton PA. 18503, which makes them citizens of County of Lackawanna, State of Pennsylvania.

3. Jurisdiction and Venue

The District court shall have original jurisdiction under 28 U.S.C. § 1332 Diversity of citizenship. The Baymont Hotel/Wyndam Resorts is a corporation that is deemed to be a citizen of every state and foreign state where it has it's principal place of business (Parsippany - Troy Hills, New Jersey). Civil action arises under the constitution, of laws, or treaties of the United States, where the Distict Court shall have original jurisdiction under 28 U.S.C. § 1331. Any person who, under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or subjects or causes to be subjected any UNITED STATES CITIZENS Deprivation of their rights 42 U.S.C. § 1983. The venue takes place in Dunmore PA. Lackawanna County, Pennsylvania. The judicial District is the Middle District of Pennsylvania

According to 28 U.S.C. § 1391 (b) is the proper venue for this civil action at law.

4. WHEREFORE, the Plaintiff Lamar A. Williams prays that the UNITED STATES DISTRICT COURT grants Relief for these constitutional violations that the United States District Courts have jurisdiction under 28 U.S.C. § 1332, 28 U.S.C. § 1331 and 42. U.S.C § 983. I the plaintiff Lamar A. Williams prays that this Honorable Court grants Relief as stated in the original complaint and proceedings. The Defendants violated the plaintiffs civil rights, and I, the plaintiff pray that the United States District Court grants Relief Deem, just and proper.

_Lamar Williams_
Signature

Lamar A. Williams
print

1371 N. Washington Ave.
Scranton PA. 18509

Name LAMAR A. WilliAMS

ID # 2025-00092

Lackawanna County Prison
1371 North Washington Ave.
Scranton, PA 18509

HARRISBURG PA 171

29 MAR 2025PM 4 L

CONTENTS MAILED FROM
CORRECTIONAL FACILITY



PeteR J Welsh
235 N Washington Ave.
Scranton PA 18501

USM X-RAY

RECEIVED
SCRANTON

APR - 1 2025

PER _____

DEPUTY CLERK

(LegaL MaiL)

18501-500199