pg. 1

<u>THE UNITED STATES DISTRICT COURT</u>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAMAR A. WILLIAMS
(PLAINTIFF)
   VS.
Guari Danielle,    : Civil Action No. 3:25-CV-0259
Christopher Osborne,
KEVIN R. SWEENEY,
James Petrucci,
John Munley, et AL
(DEFENDANTS)

FILED
SCRANTON

APR 18 2025

PER _____
DEPUTY CLERK

<u>SUPPLEMENTARY COMPLAINT</u>

1) The Plaintiff, LAMAR A. Williams, a citizen of County, Lackawanna, State of Pennsylvania, Residing @ 1371 N. Washington Ave. Scranton PA. 18509 wishes to attach this supplementary complaint to the original complaint and proceedings 3:25-CV-0259.

2) The DEFENDANTS, District Attorney's Guari Danielle AND Now Attorney Christopher Osborne. Also Defendants Detectives Kevin R. Sweeney, James Petrucci, AND Now John Munley. All of whom are citizens of the county of Lackawanna, State of Pennsylvania, and are civil servants in the county or municipality that

pg. 2

serves them. Lackawanna County Courthouse 200 N. Washington Ave. Scranton PA. 18503.

3) Jurisdiction and Venue:

The United States District Court has jurisdiction when a civil action arises under the Constitution, Laws, or Treaties of the United States under 28 U.S.C. §1331. Also any person who under color of any statue, ordinance or law subjects or causes to be subjected to any United States citizen deprivation of their rights under 42. U.S.C. §1983. The judicial district where this civil action occured is the Middle District of Pennsylvania according to 28 U.S.C. §1391(b) is the proper Venue for this incident that occurred in Lackawanna County, Pennsylvania.

4) STATEMENT OF CLAIM

I the Plaintiff, Lamar A. Williams recieved my Criminal Docket sheet by Defendant Christopher Joseph Jr., District Attorney out of Lackawanna County that was printed on 03/31/2025.

I noticed that there's some tampering going on with my Criminal Docket sheet, as well as my Criminal Complaint & Affidavit of Probable Cause papers.

There's also some incidents left off of my Docket sheet and some signatures missing from my recent Criminal Complaint & Affidavit of Probable Cause that

pg. 3

were present on my original copy. However, I will be Sending copy's of these papers with this Supplemental Claim as evidence of the tampering and inconsistantcies.

Also, on the original copy of my Criminal Complaint there is an OTN Live Scan Number present that says Z100H787-0, but when you look on the recent copy there is no number present. Not only are there names and signed signatures, but also badge numbers of all three (3) of the arresting officers/Detectives that were present during my unlawful arrest that took place on 01/09/2025. Their names are Kevin Robert Sweeney, James Petrucci and John Munley. With Detectives James Petrucci and John Munley both being Removed from the Recent Criminal Complaint : Affidavit of Probable Cause, that definatly shows tampering. It's also violation of my Due Process and a Jurisdiction issue because on my Criminal Docket Sheet (printed on 3/31/2 it states that the arresting agency is the Scranton City Police Dept. and the Township being Scranton City.

The problem being that on the Day of my arrest I was in the comfort of my hotel Room at the Baymont Hotel in Dunmore PA; which is an area that the city of Scranton would'nt have jurisdiction in. Only Lackawanna County Detectives, State Police, or Dunmore Police Dept. Aside from me noticing the inconsistantcies/tampering with my paperwork, I would also like to point out the fact that Christopher Joseph Jr. Osborne

pg. 4

is now my third (3RD) District Attorney that was put on my case. Furthermore, if you look closely at my Docket Sheet, you'll notice that on the first two lines of the Entries section it shows Bail set on 01/10/2025. Then on the next line Dated 02/28/2025 it says Original Paper Recieved from Lower Court, but then it totally Dis-regards and leave out the fact that on February 27th, 2025 I had my Preliminary Hearing before Honorable Joanne Corbett @ Lackawanna County Central Court, 1360 Wyoming Ave. Scranton PA. 18509 in front of the Defendant, District Attorney, Christopher Osborne, Esq. with my Attorney, Terrence J. McDonald, Esq. Also on my Criminal Docket Sheet it states a Waiver of appearance at Arraignment and Entry of Plea on 03/03/2025, in front of Michael J. Barrasse, when I never appeared before Michael J. Barrasse at all. The only appearance I made thus far was the Preliminary Hearing that was had in front of Joanne Corbett on the Day of 02/27/25 Not Michael J. Barrasse. This is Procedural & sub-stantive Due Process Violation of the 5th and 14th Amendment of the United States Constitution. It's also the Intent to Impede, obstruct, or influence under 18 U.S.C. § 1519. The Defendants is liabe for negligence, intentional Misrepresentation, fraud and Deceit, abuse of judicial power, obstruction of justice, tampering with court records, and violations of 42

pg. 5

U.S.C. § 1983. It's also fraud, and intentional abuse of due process. I also believe the defendant is benifiting financially from peonage, slavery and trafficking in persons under 18 U.S.C. S. § 1593A. I'm suffering due to these civil rights violations, cruel and unusual punishment as an 8th Amendment of the United States Constitution. It's also slander because the defendant is the publisher and the publication is false alligations that led to me being falsly imprisoned. The defendants are causing me mental anguish, whether pre existing, mental health conditions or trigger new ones from ongoing trama as a result of this incident. The defendants are civil servents and the municipality that employs them and their contractual obligations is to provide civil services and proform duties to the citizens of this state of Pennsylvania. County: Lackawanna. And the Plaintiff, Lamar Williams am a citizen of this state who pays state & local taxes, children born here in the state and I have a state drivers license which make domicile to the State of Pennsylvania, as well as a United States Citizen borne and naturalized. And with this new injury I am going to increase my demands from $1,000,000.00 — $2,000,000.00 because of said new injuries of tampering and more due process violations by these actors under color of state law that the United States District Courts has jurisdiction.

pg. 6

under 42 U.S.C. § 1983, 28 U.S.C. § 1331.

5) Wherefore the Plaintiff, Lamar A. Williams, prays that the United States District Courts who have jurisdiction under 42 U.S.C. § 1983, 28 U.S.C. § 1331 grant this supplemental complaint and increase the Damage and Demands from $1,000,000.0 — $2,000,000.00 because of the obstructions of justify and cover up their criminal acts of their false arrest. And I hope that this Honorable Court grants relief as Deem, just and proper.

_Lamar Williams_
Signature
Lamar A. Williams
print

1371 N. Washington Ave.
Scranton PA. 18509

CONTENTS MAILED FROM CORRECTIONAL FACILITY

**LACKAWANNA COUNTY PRISON**
NAME Lamar A. Williams
BOOKING# 2025-00092
P.O. BOX 247
PHOENIX MD 21131

HARRISBURG PA 171

16 APR 2025 AM 4 L

★ USA ★ FOREVER ★

Peter J. Welsh
235 N. Washington Ave
Scranton PA. 18501

RECEIVED
SCRANTON

APR 18 2025

PER Amo
DEPUTY CLERK

18501-500199