United States District Courts
For The Middle District of Pennsylvania

Williams Vs. Sweeney et Al 3:25-CV-00259

FILED
SCRANTON

APR 18 2025

PER_____
DEPUTY CLERK

Material Facts

exibit A. Criminal Complaint (original dated 01/09/25)
name of the attorney, Danielle Guari, for the Commonwealth
names of Det. Kevin R. Sweeney, James Petrucci, and
John Munley of of The Scranton Police Dept./
L.C.D.A.O.

exibit b. Affidavit of Probable Cause signed and Dated
01/09/2025 by members of the Scranton Police Street
Crimes Unit in collaborations with Detectives from
the Lackawanna County District Attorney's Office

exibit c. Transcript of Proceedings of Preliminary
Hearing before Honorable Joanne Corbett
Dated: February 27, 2025
Place: Lackawanna County Central Court
1360 Wyoming Ave.
Scranton PA. 18509
For the Commonwealth: Christopher Osborne, Esq.

exibit D. a revived criminal complaint sent with my Discord lacking name and signatures on criminal complaint and affidavit. Also Docket sheet that does not state that I had a preliminary hearing. and lied and stated that I was in front of Judge Barrasse on 03/03/2025 indicating a waiver of appearance at arraignment and entry of Plea. A hearing that I never had.

And a lack of jurisdiction showing under Case information stating the arresting township as Scranton City Police Dept. in the City of Scranton when I was arrested at the Baymont Hotel in Dunmore PA.

Lamar Williams
Signature                                   1371 N. Washington Ave
Lamar A. Williams                      Scranton PA. 18509
Printed name



Lackawanna County Prison
NAME Lamar A. Williams
BOOKING# 2025-00092
P.O. BOX 247
Phoenix MD 21131

RECEIVED
SCRANTON
APR 21 2025
PER _____
DEPUTY CLERK

Peter J. Welsh
235 N. Washington Ave.
Scranton PA. 18501

Legal Mail