# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



**Docket Number: CP-35-CR-0000422-2025**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Lamar Andre Williams

Page 4 of 4

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| 2 | 03/03/2025 | | Barrasse, Michael J. |
|---|---|---|---|
| Waiver of Appearance at Arraignment and Entry of Plea | | | |
| McDonald, Terrence J. | | | |
| 03/04/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/04/2025 | eService | | Served |

| 1 | 03/04/2025 | | Commonwealth of Pennsylvania |
|---|---|---|---|
| Information Filed | | | |
| McDonald, Terrence J. | | | |
| 03/04/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/04/2025 | eService | | Served |

| 1 | 03/18/2025 | | Williams, Lamar Andre |
|---|---|---|---|
| Pro Se Correspondence | | | |
| McDonald, Terrence J. | | | |
| 03/18/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/18/2025 | eService | | Served |

| 1 | 03/25/2025 | | Williams, Lamar Andre |
|---|---|---|---|
| Pro Se Correspondence | | | |
| McDonald, Terrence J. | | | |
| 03/25/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/25/2025 | eService | | Served |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



**Docket Number: CP-35-CR-0000422-2025**

# CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Lamar Andre Williams

Page 4 of 4

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 2 | 03/03/2025 | | Barrasse, Michael J. |
| Waiver of Appearance at Arraignment and Entry of Plea | | | |
| McDonald, Terrence J. | | | |
| 03/04/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/04/2025 | eService | | Served |
| | | | |
| 1 | 03/04/2025 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| McDonald, Terrence J. | | | |
| 03/04/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/04/2025 | eService | | Served |
| | | | |
| 1 | 03/18/2025 | | Williams, Lamar Andre |
| Pro Se Correspondence | | | |
| McDonald, Terrence J. | | | |
| 03/18/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/18/2025 | eService | | Served |
| | | | |
| 1 | 03/25/2025 | | Williams, Lamar Andre |
| Pro Se Correspondence | | | |
| McDonald, Terrence J. | | | |
| 03/25/2025 | eService | | Served |
| Osborne, Christopher Joseph Jr. | | | |
| 03/25/2025 | eService | | Served |

Printed: 03/31/2025

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



**Docket Number: CP-35-CR-0000422-2025**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Lamar Andre Williams

Page 2 of 4

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 3 | 3 | F | 18 § 903 §§ A1 | Criminal Conspiracy Engaging - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | 01/09/2025 | Z 1004787-0 |
| 4 | 4 | F3 | 18 § 5126 §§ A | Flight To Avoid Appreh/Trial/Punish | 01/09/2025 | Z 1004787-0 |
| 5 | 5 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 01/09/2025 | Z 1004787-0 |
| 6 | 6 | | 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph | 01/09/2025 | Z 1004787-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|------------|------------------|-------------------|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Held for Court (Lower Court)**       Defendant Was Present

| | | | |
|---|---|---|---|
| Lower Court Disposition | 02/27/2025 | Not Final | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court (Lower Court) | F | 35 § 780-113 §§ A30 |
| 2 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court (Lower Court) | F | 35 § 780-113 §§ A30 |
| 3 / Criminal Conspiracy Engaging - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court (Lower Court) | F | 18 § 903 §§ A1 |
| 4 / Flight To Avoid Appreh/Trial/Punish | Held for Court (Lower Court) | F3 | 18 § 5126 §§ A |
| 5 / Int Poss Contr Subst By Per Not Reg | Held for Court (Lower Court) | M | 35 § 780-113 §§ A16 |
| 6 / Use/Poss Of Drug Paraph | Held for Court (Lower Court) | | 35 § 780-113 §§ A32 |

**Proceed to Court**

| | | | |
|---|---|---|---|
| Information Filed | 03/04/2025 | Not Final | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Proceed to Court | F | 35 § 780-113 §§ A30 |
| 2 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Proceed to Court | F | 35 § 780-113 §§ A30 |
| 3 / Criminal Conspiracy Engaging - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Proceed to Court | F | 18 § 903 §§ A1 |
| 4 / Flight To Avoid Appreh/Trial/Punish | Proceed to Court | F3 | 18 § 5126 §§ A |
| 5 / Int Poss Contr Subst By Per Not Reg | Proceed to Court | M | 35 § 780-113 §§ A16 |
| 6 / Use/Poss Of Drug Paraph | Proceed to Court | | 35 § 780-113 §§ A32 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



**Docket Number: CP-35-CR-0000422-2025**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Lamar Andre Williams

Page 2 of 4

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 3 | 3 | F | 18 § 903 §§ A1 | Criminal Conspiracy Engaging - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | 01/09/2025 | Z 1004787-0 |
| 4 | 4 | F3 | 18 § 5126 §§ A | Flight To Avoid Appreh/Trial/Punish | 01/09/2025 | Z 1004787-0 |
| 5 | 5 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 01/09/2025 | Z 1004787-0 |
| 6 | 6 |  | 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph | 01/09/2025 | Z 1004787-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|------------|------------------|-------------------|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Held for Court (Lower Court)**          Defendant Was Present

| | | | |
|---|---|---|---|
| Lower Court Disposition | 02/27/2025 | Not Final | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court (Lower Court) | F | 35 § 780-113 §§ A30 |
| 2 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court (Lower Court) | F | 35 § 780-113 §§ A30 |
| 3 / Criminal Conspiracy Engaging - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court (Lower Court) | F | 18 § 903 §§ A1 |
| 4 / Flight To Avoid Appreh/Trial/Punish | Held for Court (Lower Court) | F3 | 18 § 5126 §§ A |
| 5 / Int Poss Contr Subst By Per Not Reg | Held for Court (Lower Court) | M | 35 § 780-113 §§ A16 |
| 6 / Use/Poss Of Drug Paraph | Held for Court (Lower Court) | | 35 § 780-113 §§ A32 |

**Proceed to Court**

| | | | |
|---|---|---|---|
| Information Filed | 03/04/2025 | Not Final | |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Proceed to Court | F | 35 § 780-113 §§ A30 |
| 2 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Proceed to Court | F | 35 § 780-113 §§ A30 |
| 3 / Criminal Conspiracy Engaging - Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Proceed to Court | F | 18 § 903 §§ A1 |
| 4 / Flight To Avoid Appreh/Trial/Punish | Proceed to Court | F3 | 18 § 5126 §§ A |
| 5 / Int Poss Contr Subst By Per Not Reg | Proceed to Court | M | 35 § 780-113 §§ A16 |
| 6 / Use/Poss Of Drug Paraph | Proceed to Court | | 35 § 780-113 §§ A32 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.