THE REDACTION VERSION ITH MY DISCOVERY

SCRPD Criminal Complaint, Officer: SWEENEYK, Supervisor: BARRETTJ, Merged By: MCPHILLIPSS

EXH B 3:25cv259

## POLICE CRIMINAL COMPLAINT
### COMMONWEALTH OF PENNSYLVANIA
### VS.

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | |
| **COUNTY OF: Lackawanna** | |
| Magisterial District Number: 45-1-06 | |
| MDJ: Hon. Mag. Ware | |
| Address: 2012 W. Pine Street Dunmore, PA 18512 | |
| Telephone: (570) 963-6521 | |

**DEFENDANT:** *(NAME and ADDRESS):*

LAMAR (First Name) ANDRE (Middle Name) **WILLIAMS** (Last Name) Gen.

**130 MERIDIAN AVE
SCRANTON, PA 18504**

### NCIC Extradition Code Type

| | | | |
|---|---|---|---|
| ☒ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States | ☐ Distance: _____ |
| ☐ 2-Felony Ltd. | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition | |
| ☐ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending | |
| ☐ 4-Felony No Ext. | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pending Extradition Determ. | |

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed 01/09/2025 | OTN/LiveScan Number | Complaint Number | Incident Number 2025-00001029 | Request Lab Services? ☐ YES ☒ NO |
|---|---|---|---|---|---|

| GENDER | DOB 02/15/1977 | POB | | Add'l DOB / / | Co-Defendant(s) ☐ |
|---|---|---|---|---|---|
| ☒ Male ☐ Female | First Name AKA | Middle Name | Last Name | | Gen. |

| RACE | ☐ White | ☐ Asian | ☒ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|
| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | | ☐ Unknown | |

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red/Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☐ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☒ XXX (Unk./Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☐ BLN (Blonde/Strawberry) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☐ BLU (Blue) | ☒ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☐ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA ☐ YES ☒ NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|
| FBI Number | | MNU Number | 190 |
| Defendant Fingerprinted ☒ YES ☐ NO | | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | 5 — 11 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth ☒ Approved ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

Guari, Daniell _____ _____ 01/09/2025

| (Name of the attorney for the Commonwealth) | (Signature of the attorney for the Commonwealth) | (Date) |
|---|---|---|

I, **SWEENEY, Kevin, Robert**    305030    756

| (Name of the Affiant) | (PSP/MPOETC -Assigned Affiant ID Number & Badge #) |
|---|---|

of **Scranton Police Department**    PA0350400

| (Identify Department or Agency Represented and Political Subdivision) | (Police Agency ORI Number) |
|---|---|

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 302 ] **CITY OF SCRANTON**

(Subdivision Code) (Place-Political Subdivision)

**1226 ONEILL HWY Dunmore, PA 18509**

in **Lackawanna** County [ 35 ] on or about **01/09/2025 / 1903 hours**

(County Code) (Offense Date)

🏛 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 01 / 09 / 2025 | OTN/LiveScan Number | Complaint Number | Incident Number 2025-00001029 |
|---|---|---|---|---|
| Defendant Name: | First: LAMAR | Middle: ANDRE | | Last: WILLIAMS |

## AFFIDAVIT of PROBABLE CAUSE

On January 9, 2025, members of the Scranton Police Street Crimes Unit, in collaboration with Detectives from the Lackawanna County District Attorney's Office, met with a Confidential Informant (herein referred to as CI). The CI voluntarily disclosed information implicating themselves in illicit activities with a black female named "Yanna", subsequently identified as Ayana Powell, who was involved in the distribution of crack cocaine in the Scranton area. The CI further indicated that Powell utilized phone number (717)-614-3473 to orchestrate his sales.

DDA Sara Varela consensualized the CI, enabling the recording of communications with Powell. Subsequently, the CI engaged in cellular communication with Powell, wherein plans were revealed for a meeting at the Baymont Hotel, 1226 Oneill Highway in Dunmore, for the purpose of a drug transaction.

The CI was then made free of any US Currency and/or Contraband and provided with a sum of confidential funds. Additionally, the CI was equipped with a covert audio recording device to aid in the investigation. Surveillance was established by investigators in the Scranton area, closely monitoring the CI as they proceeded to the designated location, maintaining constant surveillance throughout the operation.

Powell was observed exiting the hotel lobby and meeting with the CI, with the two proceeding to the lobby. Investigators could hear the transaction taking place and also maintained surveillance on both parties. Powell remained at the location while the CI left. Both parties were kept under constant surveillance. Powell was observed walking to room 106 and knocking on the door, before being allowed in.

I, SWEENEY, Kevin, Robert __, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____

_____
Date

_____ , Magisterial District Judge

My commission expires  first Monday of January, _____

SEAL

AOPC 411C – Rev. 12/21

Page 1 of 9

SCRPD Criminal Complaint 2025-00001029 Page 6 OF 9

Page: 48 of 65

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed:<br>01/09/2025 | OTN/LiveScan Number | Complaint Number | | Incident Number<br>2025-00001029 |
|---|---|---|---|---|---|
| Defendant Name: | First:<br>LAMAR | | Middle:<br>ANDRE | Last:<br>WILLIAMS | |

### AFFIDAVIT of PROBABLE CAUSE CONTINUATION

The CI surrendered a quantity of suspected crack cocaine. The CI stated that that transaction occurred with Powell in the area known to investigators. Another search of the CI's person was conducted. No additional US Currency or contraband were found. The amount of crack cocaine recovered was consistent with the sum of confidential funds tendered.

Investigators approached room 106 and knocked on the door. A male subsequently identified as Lamar Williams answered the door and both Williams and Powell were instructed to exit the room and complied.

Powell was placed into handcuffs and read her Miranda warnings, indicating that she understood them and would speak with police. Powell immediately indicated that she had an active warrant for her arrest and knew that she was going to jail. During further conversation she admitted to having just made a crack cocaine sale and further explained that the cell phone she utilized to contact the purchaser was in the hotel room. A search of her person incident to arrest located the confidential funds and multiple plastic bags commonly used for the packaging of narcotics, which she retrieved from her bra.

Subsequent investigation determined that Powell was actively wanted by the Lackawanna County Sheriff's Office for bail condition violations with the underlying offense being Theft by Unlawful Taking (M1). The warrant was issued on October 16, 2024, and was later confirmed.

Williams was detained in handcuffs and advised of the investigation. He indicated that he was in possession of crack cocaine and was read his Miranda warnings, indicating that he understood them and would speak with police. A search of his person incident to arrest located a plastic bag containing approximately 31 grams of crack cocaine and 14 cents. Williams indicated that he had just provided Powell with crack cocaine. He further indicated that he had been selling drugs for the last several months to survive while staying at different hotels. Williams also advised investigators that he had an active warrant for his arrest for a probation violation and did not have any specific plans to turn himself in.

Williams explained to investigators that he had rented the room earlier in the day and provided investigators with consent to search the room. A search of the room located the following:

_____
(Signature of Affiant)

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed:<br>01/09/2025 | OTN/LiveScan Number | Complaint Number | | Incident Number<br>2025-00001029 |
|---|---|---|---|---|---|
| Defendant Name: | First:<br>LAMAR | | Middle:<br>ANDRE | Last:<br>WILLIAMS | |

### AFFIDAVIT of PROBABLE CAUSE CONTINUATION

- Two black digital scales containing crack cocaine residue.

- One box of baking powder, which is commonly used in the manufacturing of crack cocaine.

- One box containing numerous plastic bags commonly used for the packaging of narcotics.

- One Apple brand iPhone and two Android smartphones.

- $175.00 in US currency.

- One clear plastic bag containing 10 plastic bags or "twists" containing an approximate total of 5 grams of crack cocaine.

- Two blue 30 mg Oxycodone pills, labeled "M30", and a Samsung smartphone (later determined to be the target phone) located on a table.

Williams denied ownership of the narcotics located in the black backpack and the target phone and pills located on the table but took ownership of all other contraband located. Williams was determined to be actively wanted by the Lackawanna County Sheriff's for a probation violation with the underlying offense of Possession with Intent to Deliver (F). The warrant was issued on December 17, 2024, and was later confirmed.

All contraband was seized and the narcotics later field tested positive prior to being logged into evidence. Both parties were transported to Scranton Police Headquarters prior to being transported to Lackawanna County Processing Center for arraignment. Body worn cameras were active.

_____
(Signature of Affiant)

| COMMONWEALTH OF PENNSYLVANIA | POLICE CRIMINAL COMPLAINT |
|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
COUNTY OF: Lackawanna

Magisterial District Number: 45-1-06
MDJ: Hon. **Mag. Ware**
Address: **2012 W. Pine Street**
**Dunmore, PA 18512**
Telephone: **(570) 963-6521**

**POLICE CRIMINAL COMPLAINT**
**COMMONWEALTH OF PENNSYLVANIA**
**VS.**

DEFENDANT: *(NAME and ADDRESS):*

**LAMAR** (First Name)  **ANDRE** (Middle Name)  **WILLIAMS** (Last Name)

**130 MERIDIAN AVE**
**SCRANTON, PA 18504**

### NCIC Extradition Code Type

- [X] 1-Felony Full
- [ ] 2-Felony Ltd
- [ ] 3-Felony Surrounding States
- [ ] 4-Felony No Ext.
- [ ] 5-Felony Pend.
- [ ] 6-Felony Pend. Extradition Determ.
- [ ] A-Misdemeanor Full
- [ ] B-Misdemeanor Limited
- [ ] C-Misdemeanor Surrounding States
- [ ] D-Misdemeanor No Extradition
- [ ] E-Misdemeanor Pending
- [ ] F-Misdemeanor Pending Extradition Determ.
- [ ] Distance: ____

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint Number | Incident Number | Request Lab Ser |
|---|---|---|---|---|---|
| | 01/09/2025 | Z1004787-0 | | 2025-00001029 | [ ] YES [X] |

GENDER: [X] Male [ ] Female  DOB 02/15/1977  POB  Add'l DOB / /  Co-Defendant(

First Name  Middle Name  Last Name
AKA

RACE: [ ] White [ ] Asian [X] Black [ ] Native American [ ] Unknown
ETHNICITY: [ ] Hispanic [X] Non-Hispanic [ ] Unknown

HAIR COLOR: [ ] GRY (Gray) [ ] RED (Red/Aubn.) [ ] SDY (Sandy) [ ] BLU (Blue) [ ] PLE (Purple) [ ] BRO (Br
[ ] BLK (Black) [ ] ONG (Orange) [ ] WHI (White) [X] XXX (Unk./Bald) [ ] GRN (Green) [ ] PNK (Pi
[ ] BLN (Blonde / Strawberry)

EYE COLOR: [ ] BLK (Black) [ ] BLU (Blue) [X] BRO (Brown) [ ] GRN (Green) [ ] GRY (Gray)
[X] HAZ (Hazel) [ ] MAR (Maroon) [ ] PNK (Pink) [ ] MUL (Multicolored) [ ] XXX (Unknowr

DNA: [ ] YES [X] NO  DNA Location  WEIGHT (
FBI Number  MNU Number  190
Defendant Fingerprinted: [X] YES [ ] NO  Ft. HEIGH
Fingerprint Classification:  5

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat [ ] | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. [ ] | School Veh. [ ] | Oth. NCIC Veh. Code |
|---|---|---|---|---|---|---|
| VIN | | | Year | Make | Model | Style | Color |

Office of the attorney for the Commonwealth [X] Approved [ ] Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth to filing. See Pa.R.Crim.P. 507).

**Guari, Danielle**
(Name of the attorney for the Commonwealth)

(Signature of the attorney for the Commonwealth)

**01/09/2025**
(Date)

**SWEENEY, Kevin, Robert** / Petrucci, James / Munley, John  305030/44088  756/737/13-10
(Name of the Affiant)  (PSP/MPOETC -Assigned Affiant ID Number & Badge #)

of **Scranton Police Department** / LCDAO  PA0350400 / PA0352800
(Identify Department or Agency Represented and Political Subdivision)  (Police Agency ORI Number)

do hereby state: (check appropriate box)
1. [X] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as _____

[ ] I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 302 ]  **CITY OF SCRANTON**
(Subdivision Code)  (Place-Political Subdivision)

**1226 ONEILL HWY Dunmore, PA 18509**

in **Lackawanna** County [ 35 ]  on or about **01/09/2025 / 1903 hours**
(County Code)  (Offense Date)

## POLICE CRIMINAL COMPLAIN

| Docket Number: | Date Filed 01 / 09 / 2025 | OTN/LiveScan Number | Complaint Number | | Incident Number 2025-000010: |
|---|---|---|---|---|---|
| Defendant Name: | First: LAMAR | | Middle: ANDRE | Last: WILLIAMS | |

## AFFIDAVIT of PROBABLE CAUSE

On January 9, 2025, members of the Scranton Police Street Crimes Unit, in collaboration with Detectiv« from the Lackawanna County District Attorney's Office, met with a Confidential Informant (herein referre to as CI). The CI voluntarily disclosed information implicating themselves in illicit activities with a black female named "Yanna", subsequently identified as Ayana Powell, who was involved in the distribution o crack cocaine in the Scranton area. The CI further indicated that Powell utilized phone number (717)-614-3473 to orchestrate his sales.

DDA Sara Varela consensualized the CI, enabling the recording of communications with Powell. Subsequently, the CI engaged in cellular communication with Powell, wherein plans were revealed for a meeting at the Baymont Hotel, 1226 Oneill Highway in Dunmore, for the purpose of a drug transaction.

The CI was then made free of any US Currency and/or Contraband and provided with a sum of confidential funds. Additionally, the CI was equipped with a covert audio recording device to aid in the investigation. Surveillance was established by investigators in the Scranton area, closely monitoring the CI as they proceeded to the designated location, maintaining constant surveillance throughout the operation.

Powell was observed exiting the hotel lobby and meeting with the CI, with the two proceeding to the lobby. Investigators could hear the transaction taking place and also maintained surveillance on both parties. Powell remained at the location while the CI left. Both parties were kept under constant surveillance. Powell was observed walking to room 106 and knocking on the door, before being allowed in.

The CI surrendered a quantity of suspected crack cocaine. The CI stated that that transaction occurred with Powell in the area known to investigators. Another search of the CI's person was conducted. No additional US Currency or contraband were found. The amount of crack cocaine recovered was

I, SWEENEY, Kevin, Robert    BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____

_____         _____
        Date                                              , Magisterial District Judge

My commission expires first Monday of January,

SEAL

 **POLICE CRIMINAL COMPLAIN**

| Docket Number: | Date Filed: 01/09/2025 | OTN/LiveScan Number | Complaint Number | | Incident Number 2025-0000102! |
|---|---|---|---|---|---|
| **Defendant Name:** | First: LAMAR | | Middle: ANDRE | Last: WILLIAMS | |

**AFFIDAVIT of PROBABLE CAUSE CONTINUATION**

consistent with the sum of confidential funds tendered.

Investigators approached room 106 and knocked on the door. A male subsequently identified as Lamar Williams answered the door and both Williams and Powell were instructed to exit the room and complie

Powell was placed into handcuffs and read her Miranda warnings, indicating that she understood them and would speak with police. Powell immediately indicated that she had an active warrant for her arrest and knew that she was going to jail. During further conversation she admitted to having just made a crack cocaine sale and further explained that the cell phone she utilized to contact the purchaser was in the hotel room. A search of her person incident to arrest located the confidential funds and multiple plastic bags commonly used for the packaging of narcotics, which she retrieved from her bra.

Subsequent investigation determined that Powell was actively wanted by the Lackawanna County Sheriff's Office for bail condition violations with the underlying offense being Theft by Unlawful Taking (M1). The warrant was issued on October 16, 2024, and was later confirmed.

Williams was detained in handcuffs and advised of the investigation. He indicated that he was in possession of crack cocaine and was read his Miranda warnings, indicating that he understood them an would speak with police. A search of his person incident to arrest located a plastic bag containing approximately 31 grams of crack cocaine and 14 cents. Williams indicated that he had just provided Powell with crack cocaine. He further indicated that he had been selling drugs for the last several month to survive while staying at different hotels. Williams also advised investigators that he had an active warrant for his arrest for a probation violation and did not have any specific plans to turn himself in.

Williams explained to investigators that he had rented the room earlier in the day and provided investigators with consent to search the room. A search of the room located the following:

- Two black digital scales containing crack cocaine residue.

- One box of baking powder, which is commonly used in the manufacturing of crack cocaine.

- One box containing numerous plastic bags commonly used for the packaging of narcotics.

- One Apple brand iPhone and two Android smartphones.

- $175.00 in US currency.

- One clear plastic bag containing 10 plastic bags or "twists" containing an approximate total of 5 grams of crack cocaine.

- Two blue 30 mg Oxycodone pills, labeled "M30", and a Samsung smartphone (later determined t

_____
(Signature of Affiant)

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 01/09/2025 | OTN/LiveScan Number | Complaint Number | | Incident Number 2025-00001029 |
|---|---|---|---|---|---|
| Defendant Name: | First: LAMAR | | Middle: ANDRE | Last: WILLIAMS | |

## AFFIDAVIT of PROBABLE CAUSE CONTINUATION

be the target phone) located on a table.

Williams denied ownership of the narcotics located in the black backpack and the target phone and pills located on the table but took ownership of all other contraband located. Williams was determined to be actively wanted by the Lackawanna County Sheriff's for a probation violation with the underlying offense of Possession with Intent to Deliver (F). The warrant was issued on December 17, 2024, and was later confirmed.

All contraband was seized and the narcotics later field tested positive prior to being logged into evidence. Both parties were transported to Scranton Police Headquarters prior to being transported to Lackawanna County Processing Center for arraignment. Body worn cameras were active.

(Signature of Affiant)