Terrence McDonald, Esquire, P.C.
Attorney at Law
103 E Drinker Street    Dunmore, PA 18512
Phone (570) 344 8744    Fax (570) 347 9462

April 4, 2025

*EXH. C*

Lackawanna County Prison
1371 N Washington Avenue
Scranton PA 18509

*3:25cv259*

RE:    Commonwealth vs. Lamar Williams
Docket Numbers 2025 CR 422

Dear Mr. Williams:

Enclosed is a copy of the transcript from your February 27, 2025 preliminary hearing.

Thank you

Sincerely yours,

*Terrence J. McDonald*

Terrence J. McDonald

Enclosure



C O U R T   O F   C O M M O N   P L E A S

LACKAWANNA COUNTY

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | X |
|  | X |
| -vs- | X    No. 2025 CR 422 |
|  | X |
| CLEATUS WILLIAMS | X |

TRANSCRIPT OF PROCEEDINGS
OF PRELIMINARY HEARING

BEFORE:    HONORABLE JOANNE CORBETT

DATE:    February 27, 2025

PLACE:    Lackawanna County Central Court
1360 Wyoming Avenue
Scranton, Pennsylvania 18509


A P P E A R A N C E S

For the Commonwealth:        CHRISTOPHER OSBORNE, ESQUIRE
Assistant District Attorney

For the Defendant:        TERRENCE J. McDONALD, ESQUIRE


Perri Scott
Official Court Reporter