pg. 1

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAMAR A. Williams
(Plaintiff)
    VS
Kevin R. Sweeney
James Petrucci
John Munley
Danielle Guari
Christopher J. Osborne Jr.
Baymont Hotel /
Wyndam Resorts et al
(Defendant(s))

Civil Action No. 3:25-CU-0259

**FILED
SCRANTON**

MAY 1 2 2025

PER _____

DEPUTY CLERK

## AMENDED COMPLAINT

1) I the plaintiff, Lamar A. Williams is A citizen in the county of Lackawanna, state of PA. Residing at 1371 N. Washington Ave. Scranton PA. 18509, who wishes to file an amended complaint, Civil action # 3:25-CU-0259 for the Middle District of Pennsylvania, United States District Courts.

2) The Defendants Kevin R. Sweeney, James Petrucci, John Munley, Danielle Guari, Christopher J. Osborne Jr. are citizens of Lackawanna County,

pg. 2

State of Pennsylvania and are civil servants in the State, County, or Municipality that employs them. The Lackawanna County District Attorney's Office ; Scranton Police Department ; Street Crimes Unit out of 200 N. Washington Ave, Scranton PA.

The Defendant, Baymont Hotel is a corporation incorporated through Wyndam Resorts and who's principal place of business is located in Parsippany — Troy Hills, New Jersey. Deem to be a citizen of every state and foreign state by which it has been incorporated. For this civil matter in Pennsylvania because they're incorporated through the state, which makes them citizens of the state and their principle place of business and location is Parsippany — Troy Hills, New Jersey. Under Diversity of citizenship under 28 U.S.C. § 1332

3) Jurisdiction ; Venue.

The United States District Court has jurisdiction when a civil action arises under the Constitution Laws, or Treatise of the United States under 28 U.S.C. § 1331 and any person under color of any statute, law, or ordinance, subjects, or causes to be subjected to any United States citizen Deprivation of their rights under 42 U.S.C. § 1983. The United States District Courts has jurisdiction under 28 U.S.C. § 1332.

pg 3.

Diversity of Citizenship where parties are citizens of Different states and foreign states by which it's been incorporated, or foreign states where it has it's principle place of business.

The judicial District where this incident occured is Lackawanna County Pennsylvania. where The United States District Court, for the Middle District of Pennsylvania is the proper venue for this Civil Action at Law according to 28 U.S.C. § 1391(b).

4) STATEMENT OF CLAIM

On January 9th, 2025 Members of the Scranton Police Street Crimes Unit, in collaboration with Detectives from the Lackawanna County District Attorney's Office: Officers Kevin Robert Sweeney, James Petrucci, and John Munley. These Defendants are Detectives out of the District Attorney's Office.

Another Defendant, The Baymont Hotel, a place I rented a Room from on the Day that I was unlaw- fully arrested on 01/09/25 was My personal Domain at the time; The room that I occupied on that un- fortunate Night was no Room 106. The Defendant, The Baymont Hotel, is guilty of Negligence, as in breach of contract, breach of fiduciary Duties because the Defendants, Lackawanna County Detec- tives came to My personal space, Domain or Room

pg. 4.

that night, without probable cause or a warrent for my arrest. To my understanding & knowledge of contractual obligations, the defendant, The Baymont Hotel, should have forewarned me in some way; But instead, I'm awakened by two (2) crooked detectives, banging on my hotel room door, without announcing themselves, and unlawfully detaining and kidnaping m. This is a violation of privacy of the 14th Amendment, and discrimination of the public accommodations act 42 U.S.C. § 2000 (A). The Baymont Hotel is a public accommodation who's job is to accommodate and not discriminate; Also to provide accommodations to the citizens of this state, that this corporation, the defendant, The Baymont Hotel, to the state they're incorporated in, which is the State of Pennsylvania

I the Plaintiff, Lamar A. Williams am a citizen of this state of Pennsylvania, pay taxes to this state, and have 2 children that're born in this state. My drivers license is also from this state which makes me domicile to the State of Pennsylvania Also a United States citizen, born and naturalized And the United States Constitution protects citizen from civil rights deprivation. On this said date, when I rented this personal space to occupy, I wa on their property, in their care, and under the watch of the Baymont Hotel; therefore, they allowed these defendants, The Baymont

pg. 5

Hotel, and The Lackawanna County Detectives, also Defendants, co-conspired with one another when they (The Baymont Hotel), allowed said officers (The Lackawanna County Detectives — Kevin R. Sweeney & James Petrucci), to arrive outside of my room door and start banging on my door, unannounced, without verification, or at least, a courtesy phone call to accommodate me as a customer of theirs. Here is a brief discription of what had happen to me on the night of January 9, 2025: While sleeping, I heard a knock on my room door. I immediatly jump out of my bed to answer the door because I knew my female friend would be arriving from the store shortly. After I opened the door to let her inside I turn around and start walking back to my bed, when out of no where, I hear another knock at my room door; then I quickly look at my friend to inquire if she was with some-one, but she was just as surprised as I was. So I went to the door, looked through the peep hole, and saw two (2) white male police officers at my door. The one closest to the door, wasn't in uniform, and he looked as if he was trying to hide his face as best as he could without looking too suspicious. The other one, officer Petrucci, was standing off to the side a little, and he was in uniform. After looking through the peep hole and seeing the two men

pg. 6

asked, "who is it?" When I asked who is it, one of the officers (officer Petrucci, I believe) responded by saying, "can you open the door... I'd like to ask you a few questions?" My response was the same question that I had asked just a few seconds before, "who is it?" He responded back, "can you open the door please, I just wanna ask you a few que-tions". Unaware of who these men really was, I opened the room door, and to my surprise, both men came rushing through my door, and the next thing I know is that me and my female friend being gripped up by our shirts and aggressively dragged out into the hotel hallway, and thrown into hand cuffs. There was no crime committed by me, what so ever; so there was no reason for these cops to be anywhere near me, or in my personal space. With these material facts that I'm presenting, there was no probable cause for these officers to detain me, or no due diligence to perform a search my room or personal domain. Therefore, the Lackawanna County Detectives, and the Baymont Hotel violated my civil rights and liberties as in privacy, privileges, and immunities that the 14th Amendment protection clause of the United States Constitution, protects citizens from arbitrary interference.

Due to the negligence, greed, and reckless

~suit of these officers, who misrepresented their
~er and authority, my rights, privacy and
~liberties were violated; ~~reg~~ regardless of my
~enship of this country & state. Like I've mentioned
~y Criminal Complaint I wrote up on these
~cers, no one can see behind a closed door,
how could you even assume probable cause
~me? Then, just take matters into your own
~ds, and give yourself the right to come to my
~el room door, unannounced, drag me out of
~room, illegally search my person, and hotel
~m without a warrent, illegally detain me,
~naped me (18 U.S.C.S. §1201(A)), conspire to
~mit kidnapping (18 U.S.C. §1201(c)), and trans-
~t me to the Lackawanna County Prison (where
~still am today), which is Enticement into slav-
~y (18 U.S.C. §1583). Also benifitting financially
~m peonage, slavery and trafficking in
~son (18 U.S.C.S. §1593A). Then, to add insult to
~ry, you just make me a part of your investigation
~s attach me to your Criminal Complaint & Affidavit
~robable Cause. But worse of all, you add my
~e and put my face in the newspaper, next
a bunch of faulse allegations and accusations.
~s is also slander. When the Defendants, Kevin R.
~eeney, James Petrucci, John Munley, Danielle
~ari & Christopher J. Osborne Jr. Maliciously

pg. 8

...se false statements to cause me harm physically, ...tally, and financially, as written in the publications ...fidavit of Probable Cause, Criminal Complaint, ...d newspaper), which is causing me stress, mental ...guish, loss of job and wages, seperation anxiety ...d family, PTSD, and Constitutional Violations ...tected by the 14th Amendment Equal Protection ...use, that protects citizens from unethical or awful judicial misconducts.

Also I noticed that there have been ...e tampering going on with my paper work. To ...more specific the tampering was done with my ...iminal Docket Sheet, my Criminal Complaint ...d Affidavit of Probable Cause papers. There's ...idents left off of my Docket Sheet and some ...natures missing from my most recent Criminal ...mplaint & Affidavit of Probable Cause papes that ...ue with my Discovery Package, but on my original ...y those officers and Detectives names were ...esent. Their names are James Petrucci & John ...inley. With those Defendants name being missing ...removed, it shows tampering, fraud and deceit, ...d and intentional misrepresentation. There's ...so a jurisdiction issue with my Docket sheet ...ited on 3/31/25. It states that the arresting ...ency is Scranton City Police Dept., and the ...wnship it says is Scranton City. However,

pg. 9

...as arrested in Dunmore, PA., not Scranton. ...thermore, if you look at my Docket Sheet closely, ...'ll see that on the first two lines of the Entries ...tion, it says "Bail set on 01/10/25. But on the ...y Next line dated 02/28/25, it says, "Original ...ders recieved from the Lower Court", but there's ...hing on the Docket sheet that mentions me having ...Preliminary Hearing, which I had on 02/27/25, ...ore the Honorable Joanne Corbett @ Lackawanna ...inty Central Court, 1360 Wyoming Ave. Scranton ...18509 in front of the Defendant, District Attorney, ...ristopher Osborne Jr., Esq. with my Attorney ...rence J. M^cDonald, Esq., when that was only ...ay before the 02/28/25. On my Docket Sheet it ...tes, "Waiver of Appearance at Arraignment and ...try of Plea", on 03/03/25 in front of the Honorable ...hale J. Barrasse., but I never left the jail that ...I never went in front of Judge Barrasse ...anything. The only physical appearance I've ...thus far was the one that they failed to ...t on my Docket Sheet, which was the ...eliminary Hearing that I had on 02/27/25 ...front of Judge Joann Corbett. This is ...ceedural and substantive Due Process violation ...the 5th and 14th Amendment of the United ...ates Constitution, causing me, the Plaintiff, ...mar A. Williams cruel and unusual punishment,

pg. 10

ch is a 8th Amendment violation of the United tes Constitution. Its also the intent to impede, truct, or influence under 18 U.S.C. §1519. The endants is liable for negligence, intentional mis-resentation, fraud and deceit, abuse of judicial sers, obstruction of justice, tampering with court ords, and violations of 42 U.S.C. §1983. It's a fraud and intentional abuse of due process.

From these new injuries, stemming from 01/09/25 present, my demands have increased from $1,000,000.00 $3,000,000.00. The $1,000,000.00 of is for the defendants, The Baymont Hotel / Wyndam Resorts breach of duty of care, public accommodations violations 42 U.S.C. §2000(A), and 14 Amendments ation as in privacy, civil liberty's and gross gligence.

The defendants, Lackawanna County strict Attorney's for fraud and deceit, tampering h court records, abuse of judicial power and merous obstructions and intentional abuse of e process, along with intentional misrepre-itation to the citizens of the county, state, municipality that employs them. As civil events of Lackawanna County, $1,000,000.00.

The defendant, Lackawanna County tectives / Scranton Police Street Crimes Unit illegal search and seizure (4th Amendment

pg. 11

ations), harrassment, Kidnapping, peonage, ?ery, trafficking in persons, slander (violation of 5th, 14th, and 8th Amendment of the United tes Constitution; Bill of Rights IV ÷ V, also $1,000,000.00, Bringing the grand total amount $3,000,000.00 from all parties.

Due to the Defendants causing me, the ntiff, Lamar A. williams Damaged Relationships 1 family, and a cycle of conflict Due to seperation iety, mental anguish, pain ÷ suffering, false im- sonment, loss of wages, PTSD, Assultive aviors on Repreatation, ~~and of~~ simple assult, berate indifference, and intentional inflict- ÷ to cause emotional Distress.

The Defendants are manifesting chronic ess to the Plaintiff, Lamar A. Williams which 1 lead to Negative, affecting, physical and mental alth. I am now at Risk of heart Disease, high od pressure, and mental health Disorders e anxiety ÷ Depression, whether pre existing ntal health conditions, or even trigger New es. As a Result, as ongoing trama Relinquish a Result of these incidents Displayed by the enDants. These Due process proceDures ÷ essential to forestall harms that will be- the County or State, that will befall the ate or County, absent of any sort of interven-

pg. 12

THEREFORE, the plaintiff, Lamar A. Williams prays that the United States District Court who has jurisdiction under 28 U.S.C. § 1331 ⅋ 1332, 42 U.S.C. § 1983 ⅋ 2000(A), U.S.C. § 1583, 1519, 1593 (A). The judicial district where the incident occured is Lackawanna County, Pennsylvania. The Middle District of Pennsylvania he proper venue for the civil action at law according to 28 U.S.C. § 1391 (b). I pray that this Honorable District Court of the United States may also grant eliminary injunction):

rotection from these defendants from retaliation me and my family from future abuse, judicial isconduct, and other forms of retaliation. immediate compensation for loss wages, pain ⅋ suffering to support my family and to repair my ental ⅋ well being to help me with the process of unctioning back into society.
help repair damages that were made public by re defendant when I was put in the newspapers.

Lamar Williams                        1371 N. Washington Ave.
Signature                             Scranton PA. 18509
Lmar A. Williams
Printed Name



LaMar A. Williams

Lackawanna County Prison
371 North Washington Ave,
Scranton, PA 18509

CERTIFIED MAIL

Retail

7022 2410 0002 1025 5205 RDC 99

U.S. POSTAGE PAID
FCM LETTER
DUNMORE, PA 18512
MAY 08, 2025

18501

**$9.96**

S2324N501764-20

RECEIVED
SCRANTON

MAY 12 2025

PER _____
DEPUTY CLERK

Peter J. Welsh Esq.
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA. 18501-1148

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

18501-114848

LEGAL MAIL